**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

THE GRAY INSURANCE COMPANY,

        Plaintiff,

v.                                              Case No:  6:11-cv-1777-Orl-36TBS

ZFI ENGINEERING & CONSTRUCTION,
INC., GEORGE Z. GUO, YANLING
WANG and ZF PROPERTY
DEVELOPERS, LLC,

        Defendants.

_____/

## ORDER

      This cause comes before the Court upon the Report and Recommendation of Magistrate Judge Thomas B. Smith, filed on July 23, 2012 (Doc. 21).  In the Report and Recommendation, Judge Smith recommends that the Court deny Defendants' First Motion to Dismiss for Lack of Jurisdiction (Doc. 10).  No party has objected to the Report and Recommendation and the time to do so has expired.

      The Court is in agreement with the Magistrate Judge that attorneys' fees may be included in the calculation of the amount in controversy for diversity jurisdiction only where they are allowed by statute or contract.  Doc. 21, p. 3; *Federated Mutual Insur. Co. v. McKinnon Motors, LLC*, 329 F.3d 805, 808, n.4 (11th Cir. 2003).   Thus, Plaintiff Gray Insurance Company's ("Plaintiff") alleged consultant and attorney fees are included in the amount in controversy calculation, and this total exceeds $75,000.  *Id.*  Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent

examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 21) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendants' First Motion to Dismiss for Lack of Jurisdiction (Doc. 10) is **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on August 7, 2012.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge Thomas B. Smith